IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

JOSHUA CONNERS                                                                          PLAINTIFF

v.                              CASE NO. 4:25-CV-00288-BSM

JACOB COOPER                                                                            DEFENDANT

## ORDER

Joshua Conners's complaint is dismissed without prejudice because he has failed to update his address. *See* Doc. No. 8. An *in forma pauperis* appeal from this order would not be taken in good faith. *See* 28 U.S.C. § 1915(a)(3).

IT IS SO ORDERED this 21st day of May, 2025.

_____
UNITED STATES DISTRICT JUDGE