IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**JOSHUA CONNERS**                                                    **PLAINTIFF**

**v.**                         **CASE NO. 4:25-CV-00288-BSM**

**JACOB COOPER**                                                     **DEFENDANT**

## JUDGMENT

Consistent with the order entered today, this case is dismissed without prejudice.

IT IS SO ORDERED this 21st day of May, 2025.

_____
UNITED STATES DISTRICT JUDGE